PAM BASSEL STANDING CHAPTER 13 TRUSTEE
Bar No.01344800
860 Airport Freeway, Ste 150
Hurst, TX 76054
Phone: (817) 916-4710

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:     CASE NO.: 25-42311-ELM-13

**KATINA TAWANN YOUNKER**
    AKA: KATINA HARPER
    KATINA TAWANN YOUNKER
    936 ROSE CRYSTAL WAY
    FORT WORTH, TX 76179
    SSN/TIN: XXX-XX-8767

**DEBTOR**     HEARING: NOVEMBER 6, 2025 at 8:30 AM

## NOTICE OF CONTINUED HEARING ON MOTION TO DISMISS

A previously scheduled hearing for this matter has been continued.

    Respectfully submitted,

By:     /s/ Ethan S. Cartwright
    Ethan S. Cartwright, Staff Attorney
    Bar No. 24068273
    PAM BASSEL STANDING CHAPTER 13 TRUSTEE
    Bar No. 01344800
    860 Airport Freeway, Ste 150
    Hurst, TX 76054
    (817) 916-4710 Phone

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on or before the date of filing. Service was accomplished electronically on Debtor's attorney and all parties entitled to electronic notice and by first class mail on the Debtor and the parties listed below, if any.

By:     /s/ Ethan S. Cartwright
    Ethan S. Cartwright

KATINA TAWANN YOUNKER
936 ROSE CRYSTAL WAY
FORT WORTH, TX 76179