

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 11, 2026**

_____
**United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

**IN RE:**                                                                                    CASE NO.: 25-42311-ELM
    **KATINA TAWANN YOUNKER**
        AKA: KATINA HARPER
        KATINA TAWANN YOUNKER
        936 ROSE CRYSTAL WAY
        FORT WORTH, TX 76179
        SSN/TIN: XXX-XX-8767

    **DEBTOR**

## ORDER DISCHARGING STANDING TRUSTEE, TERMINATING FURTHER LIABILITY ON BOND, AND CLOSING CASE

    It appearing to the Court that Pam Bassel, Standing Chapter 13 Trustee in the above-styled case pending under Chapter 13 of Title 11 of the United States Code, has filed a Final Report and Accounting showing that the estate in this case has been fully administered; that the Standing Trustee does not hold any funds to be paid or distributed in this case; that the Trustee should be discharged and further liability on the said Trustee's bond with respect to this case be terminated.

    IT IS THEREFORE ORDERED:

    That Pam Bassel, Standing Chapter 13 Trustee in this case, is discharged; that the Trustee and the sureties or surety on the Trustee's Bond are relieved from liability with respect to this case, except such liability as may have accrued heretofore; that such Bond is cancelled; and that the Chapter 13 case of the above-named Debtor is closed.

                                           # # # End of Order # # #